IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE COTA-HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:11-cv-00753-JLT (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY U.S. MEDICAL CENTER FOR FEDERAL PRISONERS<br><br>(Doc. 7) |

Plaintiff is a federal prisoner proceeding pro se with a civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a civil remedy for violations of civil rights by federal actors. Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and, accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. U.S. Medical Center for Federal Prisoners is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

///

In accordance with the above, it is **HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis is **GRANTED**;

2. **The Warden of U.S. Medical Center for Federal Prisoners or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Warden of the U.S. Medical Center for Federal Prisoners at P.O. Box 4000 Springfield, MO 65801.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

5. Within thirty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **September 11, 2011**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE